FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jacqueline Weist et al., | | **CASE NUMBER** |
| | PLAINTIFF(S) | CV15-06047 JAK (PLAx) |
| v. | | |
| C.R. Bard Inc. et al., | | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |
| | DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 14-03.

8-19-2015
_____
Date

Manuel L. Real
_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV11-06928 R (CWx)    and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or

☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/15)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)